AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

Zachariadis, Eleftherios, 59205-018
_____
**Petitioner**

v.

Warden, FCI Coleman- Low
_____
**Respondent**
*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)
)

Case No. 5:25- CV-244 TPB PRL
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name:  Eleftherios Zachariadis
    (b) Other names you have used:

2.  Place of confinement:
    (a) Name of institution:  FCI Coleman-Low
    (b) Address:  PO Box 1031, Coleman, FL 33521

    (c) Your identification number:  59205-018

3.  Are you currently being held on orders by:
    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you:  Middle District of Florida

    (b) Docket number of criminal case:  8:13-CR-475-T33EAJ
    (c) Date of sentencing:  05-23-2014
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*:
    _____
    _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example,
    revocation or calculation of good time credits)

ZACHARIADIS, ELEFTHERIOS 59205018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention

❏ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

❏ Other *(explain)*: _____

_____

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:   BOP - Warden, FCI Coleman-Low

(b) Docket number, case number, or opinion number:   N/A

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
Arbitrary and Capricious reduction of SCA Halfway house time in violation of applicable law and regulation.

(d) Date of the decision or action:   March 30, 2025

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

❏ Yes          ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not appeal:   An attempt to appeal this policy change would be futile. Also, the proximity of the date of RRC transfer, and the amount of time for a remedy (a year or more) would render any relief granted by the BOP as moot. A BP-8 was submitted 4-9-2025.

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❏ Yes          ☒ No

ZACHARIADIS, ELEFTHERIOS  59205018

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal:   N/A - Still waiting on
agency to answer BP-8

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes                    ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal:   N/A - Still waiting on agency to
answer BP-8.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                    ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                    ☐ No

ZACHARIADIS, ELEFTHERIOS  59205018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes        ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

N/A _____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes        ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes        ☐ No

ZACHARIADIS, ELEFTHERIOS  59205018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____

(d)    Did you appeal the decision to the United States Court of Appeals?
☐ Yes                    ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

12.    **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☒ No

If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____

ZACHARIADIS, ELEFTHERIOS  59205018

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The BOP is arbitrarily and capriciously changing/shortening Mr. Zachariadis's halfway house time under the SCA from eleven months to sixty days (from 5/21/2025 to 2/20/2026) in violation of the law and its own policy concerning halfway house placement recommendations. This presents a liberty interest for Mr. Zachariadis.

(a) **Supporting facts** *(Be brief. Do not cite cases or law.)*:

Mr. Zachariadis's case manager informed his unit in a "town hall" that all inmates, regardless of the Five Factor review conducted for them, in which he was recommended for > 270 days, would now be recommended for a maximum of 60 days placement. Also, this change was explained to be due to funding or space at the halfway house. After the town hall, he began to call individuals to his office to tell them their new dates. Mr. Zachariadis was one of those individuals. (cont.)

(b) **Did you present Ground One in all appeals that were available to you?**

☐ Yes     ☑ No

**GROUND TWO:**

(a) **Supporting facts** *(Be brief. Do not cite cases or law.)*:

(b) **Did you present Ground Two in all appeals that were available to you?**

☐ Yes     ☐ No

**GROUND THREE:**

(a) **Supporting facts** *(Be brief. Do not cite cases or law.)*:

(b) **Did you present Ground Three in all appeals that were available to you?**

☐ Yes     ☐ No

ZACHARIADIS, ELEFTHERIOS  59205018

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes            ☐ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did
      not:   As stated above, an attempt to appeal a bureau-wide policy would be futile. Also, the orignanl
      date for   transfer to RRC is May 21, 2025, and it would be impossible to exhaust the remedy process
      in that   amount of time, as the process could take a year or more. In an abundance of caution, he has
      begun the process by submitting a BP-8 to his local unit team.

### Request for Relief

15.  State exactly what you want the court to do:·  Mr. Zachariadis requests the Court excuse the requirement of
exhaustion in the instant matter, enjoin the BOP from changing his halfway house date from the previously
recommended date (5/21/2025), order the BOP to transfer him to halfway house on that date, and grant any
other relief deemed necessary and appropriate. If the BOP persists in its claim that there are no beds/
funding, Mr. Zachariadis asks the Court to order the BOP to place him on home confinement for the entire (cont.)

Zachariadis, Eleftherios
Reg. No. 59205-018
§ 2241 continuation page

Question 13 Continuation-

    As confirmed through United States Probation Office, Mr. Zachariadis has a residence where he will release to after halfway house with his wife and son, and has support for his medical and living expenses. He has been a model inmate, with no incident reports, works at the FPI UNICOR factory, attends religios services, has completed numerous programs and classes, is classified as a "minimum" risk of recidivism (via the FSA risk/needs assessment), and, although housed at a low-security institution, has out-custody/minimum custody points. There is no legitimate penalogical reason for his halfway house date to have changed nor for him to not be placed on home-confinement for the maximum allowable time (six months).

    The BOP is clearly, through its blanket policies, not exercising its discretion, as outlined in applicable law and regulation. As a note - the average cost of incarceration is: in prison: $136/day, $ 49,640/year; at halfway house: $107/day, $39,055/year, and; $12/day, $4380/year on home confinement. If cost and space are the concern, the BOPs actions are questionable.


Question 15 Continuation-

length of halfway house time, beginning 5/21/2025, thereby waiving the amount of time statutorily allowed for home confinement, or for BOP to put him on the maximum amount of time allowed for home confinement (6 months) plus the new amount of time for halfway house "recommendation" (60 days) for a total of 8 months, or 8/26/2025.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_04/09/2025_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _04/09/2025_

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any



**Individualized Needs Plan - Program Review**   **(Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: ZACHARIADIS, ELEFTHERIOS  59205-018

SEQUENCE: 01909084

Team Date: 03-24-2025

| | | |
|---|---|---|
| Facility: | COL COLEMAN LOW FCI | Proj. Rel. Date: 04-26-2026 |
| Name: | ZACHARIADIS, ELEFTHERIOS | Proj. Rel. Mthd: GOOD CONDUCT TIME |
| Register No.: | 59205-018 | DNA Status: BML05880 / 09-19-2014 |
| Age: | 58 | |
| Date of Birth: | 12-15-1966 | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

## Inmate Photo ID Status

Full status incomplete - Expiration: null

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | UNICOR 3 | UNICOR WORKER, INSIDE, CREW #3 | 03-10-2025 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | ESL HAS | ENGLISH PROFICIENT | 09-16-2014 |
| COL | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-16-2014 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| YAZ | | SUICIDE WATCH COMPANION | 09-15-2017 | CURRENT |
| COL | C | WEIGHT LOSS CLASS | 09-09-2024 | 11-02-2024 |
| COL | C | BEGINING SPINNING | 09-09-2024 | 11-02-2024 |
| COL | C | SERVSAFE MANAGER PROGRAM | 04-08-2024 | 07-17-2024 |
| COL | C | BEGINING SPINNING | 11-06-2023 | 12-17-2023 |
| COL | C | CERTIFIED IMPROVEMNT ASSOCIATE | 05-02-2023 | 06-29-2023 |
| COL | C | BEGINING SPINNING | 03-20-2023 | 05-19-2023 |
| COL | C | BEGINING SPINNING | 01-23-2023 | 03-23-2023 |
| COL | W | PSE CORRESPONDENCE COURSES | 02-07-2019 | 09-30-2021 |
| COL | C | RE-ENTRY FAITH-BASED THRESHOLD | 08-03-2021 | 09-24-2021 |
| COL | C | ACE-SMALL BUSINESS MNGMT. | 09-05-2019 | 01-21-2020 |
| COL | C | ACE BOATING SAFETY | 05-29-2019 | 08-28-2019 |
| COL | C | ACE BUSINESS LAW | 05-28-2019 | 08-27-2019 |
| COL | C | M-F 7:30-10:15 HORTICULTURE VT | 06-28-2018 | 02-22-2019 |
| COL | C | CPR CLASS- RPP #1 | 01-07-2019 | 01-07-2019 |
| COL | C | INTRODUCTION TO MARKETING | 08-02-2018 | 12-29-2018 |
| COL | C | BEGINNING LEATHER CLASS | 04-30-2018 | 06-15-2018 |
| YAZ | C | LEATHER CRAFT | 07-16-2017 | 09-17-2017 |
| YAZ | C | OSHA GENERAL INDUSTRY CERT | 05-30-2017 | 08-08-2017 |
| YAZ | C | PEST MANAGEMENT PROGRAM | 05-30-2017 | 08-08-2017 |
| YAZ | C | BUSINESS LAW LOW | 04-10-2017 | 06-15-2017 |
| YAZ | C | BUSINESS FINANCE-LOW | 04-10-2017 | 06-15-2017 |
| YAZ | C | HEALTH/NUTRITION-LOW | 04-10-2017 | 06-15-2017 |
| YAZ | C | INVESTMENTS LOW | 04-10-2017 | 06-15-2017 |
| YAZ | C | CDL | 02-05-2017 | 06-07-2017 |
| YAZ | C | RPP3 BUSINESS PLANNING 1 | 03-28-2017 | 05-09-2017 |
| YAZ | C | LEGAL RESEARCH-LOW | 09-28-2016 | 11-27-2016 |
| YAZ | C | MARKETING LOW | 10-01-2016 | 12-06-2016 |
| YAZ | C | CROCHET-LOW | 09-15-2016 | 11-29-2016 |
| YAZ | C | INSIDE OUT DAD 2-PARENT SEMINR | 09-28-2016 | 09-30-2016 |
| YAZ | C | LEATHER CRAFT | 07-02-2016 | 09-10-2016 |
| YAZ | C | WELLNESS/NUTRITION-LOW | 06-22-2016 | 08-27-2016 |
| YAZ | C | RPP1 AIDS AWARENESS | 06-02-2016 | 06-02-2016 |
| BML | C | BEGIN PIANO CLASS RPP#6 | 01-24-2016 | 04-03-2016 |
| BML | C | ACE BUSINESS PLANNING RPP#6 | 01-11-2016 | 03-14-2016 |



**Individualized Needs Plan - Program Review    (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: ZACHARIADIS, ELEFTHERIOS  59205-018

SEQUENCE: 01909084
Team Date: 03-24-2025

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| BML | C | STRESS MGMT TU 1830-1930 RPP#1 | 01-05-2016 | 03-08-2016 |
| BML | C | NUTRITION, RPP#1 | 01-07-2016 | 03-10-2016 |
| BML | C | ADVANCED PIANO RPP#6 | 10-18-2015 | 12-27-2015 |
| BML | C | ACE SALES II-RESTAU MGMT RPP#6 | 07-14-2015 | 09-15-2015 |
| BML | C | ADV COMPUTERS 1230-330 RPP#2 | 10-18-2014 | 04-28-2015 |
| BML | C | BEGINNING COLOR CLASS RPP#6 | 01-27-2015 | 04-12-2015 |
| BML | C | ADV CROSS STITCH CLASS RPP#6 | 01-30-2015 | 03-22-2015 |
| BML | C | SALES I-RESTAURANT MGMT RPP#6 | 10-14-2014 | 12-16-2014 |
| BML | C | BEGINNING LEATHER CLASS RPP#6 | 10-08-2014 | 12-03-2014 |
| BML | C | BEGINNING ART CLASS RPP#6 | 10-07-2014 | 12-02-2014 |
| BML | C | BEGINNING CROSS STITCH RPP#6 | 10-10-2014 | 11-28-2014 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 09-08-2014 |
| CARE1-MH | CARE1-MENTAL HEALTH | 09-15-2014 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| NO PAPER | NO PAPER MEDICAL RECORD | 05-25-2016 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-08-2014 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-08-2014 |

## Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 05-09-2023 |
| ED COMP | DRUG EDUCATION COMPLETE | 09-28-2015 |

## FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:    COMPLT    FINANC RESP-COMPLETED    Start: 11-28-2016**

| Inmate Decision: | **AGREED** | **50%** | | Frequency: | **MONTHLY** |
|---|---|---|---|---|---|
| Payments past 6 months: | **$0.00** | | | Obligation Balance: | **$0.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |
| 2 | REST FV | $5,000.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |

## FRP Deposits

Trust Fund Deposits - Past 6 months:    $1,659.90        Payments commensurate ?   Y

New Payment Plan:    ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-21-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 03-26-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 03-26-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 03-26-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: ZACHARIADIS, ELEFTHERIOS  59205-018

SEQUENCE: 01909084
Team Date: 03-24-2025

| Assignment | Description | Start |
|---|---|---|
| N-EDUC N | NEED - EDUCATION NO | 03-26-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 03-26-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 03-26-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 03-26-2025 |
| N-MEDICL N | NEED - MEDICAL NO | 03-26-2025 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 03-26-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 03-26-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 03-26-2025 |
| N-WORK N | NEED - WORK NO | 03-26-2025 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 03-26-2025 |

**Progress since last review**

Zachariadis completed two REC classes during this review period.  He has a RRC date of 5/21/25.

**Next Program Review Goals**

Continue to save funds from your UNICOR work assignment towards your release date.

**Long Term Goals**

No long-term goals recommended due to your RRC placement date of 5/21/25.

**RRC/HC Placement**

Recommended Placement in range greater than 270 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

**Comments**

A review of inmate Zachariadis' Financial/Poverty Needs screening shows that he has a financial/poverty skills need.

Eleftherios Zachariadis
Reg. No. 59205-018
Federal Correctional Institution - low
PO Box 1031
Coleman, FL 33521



SCREENED
By USMS

United States District Court
Office of the Clerk of Court
207 NW 2nd St.
Room 337
Ocala, FL 34475-6666

3447566666 C029

